# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S. TAYLOR, et al., ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 3:06-CV-01494 (WWE) |
| ) | |
| v. ) | |
| ) | |
| UNITED TECHNOLOGIES ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | OCTOBER 31, 2006 |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Steven M. Greenspan, counsel to Defendants and a member of the Bar of this Court, respectfully moves pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the admission *pro hac vice* of Jeffrey G. Huvelle, Thomas L. Cubbage III, and Peter A. Swanson, attorneys with the law firm of Covington & Burling LLP, 1201 Pennsylvania Ave. NW, Washington, D.C. 20004, as counsel for Defendants in association with the undersigned in the above-captioned matter.

Attached hereto are Affidavits of Jeffrey G. Huvelle, Thomas L. Cubbage III, and Peter A. Swanson, as required under Local Rule 83.1(d).

Attached hereto is a check in an amount necessary to cover the fees required under the Local Rules for admission *pro hac vice* of these three attorneys in this Court.

Respectfully submitted,

_____
Steven M. Greenspan (ct00380)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
smgreenspan@dbh.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

        This is to certify that on October 31, 2006 a copy of the foregoing Motion for Admission Pro Hac Vice was sent via e-mail and regular mail to:

Matthew H. Armstrong
Schlitchter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
marmstrong@uselaws.com

Douglas R. Brown
Brody, Wilkinson & Ober, P.C.
2507 Post Rd.
Southport, CT 06890
(203) 319-7100
(203) 254-1772 (fax)
dbrown@brodywilk.com

    Steven M. Greenspan