UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S. TAYLOR, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 3:06-cv-01494 (WWE) |
| | ) |
| vs. | ) |
| | ) |
| UNITED TECHNOLOGIES CORPORATION, et al., | ) |
| | ) |
| | ) OCTOBER 26, 2006 |
| Defendants. | ) |

**AFFIDAVIT OF JEFFREY G. HUVELLE IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

The undersigned, Jeffrey G. Huvelle, having been duly sworn under oath, hereby deposes and says that:

1. I am a partner of the law firm of Covington & Burling LLP. My office address is 1201 Pennsylvania Ave. NW, Washington, D.C. 20004. My e-mail address is jhuvelle@cov.com, my phone number is (202) 662-5526 and my fax number is (202) 778-5526.

2. I am an attorney duly licensed to practice law in the District of Columbia since 1976 and in the State of Massachusetts (although now in inactive status) since 1973. I also am admitted as a member of the bar to practice before the following United States courts: the United States Courts of Appeals for the D.C. Circuit (1978), the Tenth Circuit (1993), the Sixth Circuit (1994), the First Circuit (1995), the Third Circuit (1997), the Fourth Circuit (1981), the Eleventh Circuit (1984), the Second Circuit (2000) and the Seventh Circuit (2001) and the District Courts for the District of Columbia (1976), the District of Maryland (1986), and the Eastern District of Michigan (2000).

- 2 -

3.  I am a member in good standing of all Bars to which I have been admitted and I have never been the subject of any disciplinary proceedings.

4.  I have not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

5.  I have not been denied admission nor been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and have not been denied admission or disciplined by any other court.

6.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Jeffrey G. Huvelle

Subscribed and Sworn to before me this 26 day of October.

Notary Public
My Commission Expires

MARIA P. CHAVEZ
Notary Public, District of Columbia
My Commission Expires January 14, 2010