UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S. TAYLOR, et al., | ) |
| Plaintiffs, | ) CASE NO. 3:06-CV-01494 (WWE) |
| v. | ) |
| UNITED TECHNOLOGIES CORPORATION, et al., | ) |
| Defendants. | ) DECEMBER 4, 2006 |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, TO STRIKE IMMATERIAL AND IMPERTINENT ALLEGATIONS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants respectfully move to dismiss the Complaint in its entirety for failure to state a claim upon which relief may be granted. In the alternative, Defendants respectfully move pursuant to Federal Rule of Civil Procedure 12(f) to strike Paragraphs 111 through 138 from the Complaint as immaterial and impertinent. The bases for the relief requested by Defendants are set forth in the accompanying Memorandum. A proposed form of order also accompanies this Motion.

ORAL ARGUMENT REQUESTED

Respectfully submitted,

*/s/ Thomas L. Cubbage III*

*Of Counsel:*

Zachary R. Osborne (ct19988)
UNITED TECHNOLOGIES CORPORATION
One Financial Plaza
United Technologies Building
Hartford, CT 06103-2703
(860) 728-7821
(860) 998-4751 (fax)
zachary.osborne@utc.com

Jeffrey G. Huvelle (phv01440)
Thomas L. Cubbage III (phv01441)
Peter A. Swanson (phv01442)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000
(202) 662-6291 (fax)
jhuvelle@cov.com
tcubbage@cov.com
pswanson@cov.com

Steven M. Greenspan (ct00380)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
smgreenspan@dbh.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, a copy of foregoing Defendants' Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Strike Immaterial and Impertinent Allegations was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Peter A. Swanson
Peter A. Swanson (phv01442)