UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. TAYLOR, *et al*., | ) | |
| | ) | |
| Plaintiffs/Appellants | ) | CV No.: 3:06-cv-01494-WWE |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED TECHNOLOGIES CORP., *et al*., | ) | USCA No.: 09-1343 |
| | ) | |
| Defendants/Respondents | ) | |

## INDEX TO THE RECORD ON APPEAL

| Docket Number | ECF Docket Title | Document Title |
|---|---|---|
| 1 | COMPLAINT for Breach of Fiduciary Duty | Complaint For Breach Of Fiduciary Duty |
| 87 | RULING Granting in Part and Denying in Part 34 Defendants' Motion to Dismiss | Ruling On Defendants' Motion To Dismiss |
| 147 | AMENDED COMPLAINT Against All Defendants | Plaintiffs' Second Amended Class Action Complaint |
| 150 | ANSWER To 147 Amended Complaint With Affirmative Defenses. | Defendants' Answer To Plaintiffs' Second Amended Complaint |
| 151 | ORDER granting 25 Motion to Certify Class | Memorandum Of Decision On Motion For Class Certification |
| 156 | Statement Of Material Facts Re 154 MOTION For Summary Judgment | Local Rule 56(A)(1) Statement Of Material Facts Without Genuine Issue In Support Of Defendants' Motions For Summary Judgment |
| 158 | Amended MOTION for Summary Judgment | Defendants' Amended Motion For Summary Judgment |

| Docket Number | ECF Docket Title | Document Title |
|---|---|---|
| 160 | Memorandum in Support re 158 Amended MOTION for Summary Judgment | Memorandum In Support Of Defendants' Motion For Summary Judgment |
| 163 | Sealed Document: Exhibits-Volume 1 In Paper Form | N/A |
| 176 | RESPONSE re 158 Amended MOTION for Summary Judgment | Plaintiffs' Memorandum In Opposition To Defendants' Amended Motion For Summary Judgment |
| 181 | Statement of Material Facts re 153 MOTION for Summary Judgment | Plaintiffs' Local Rule 56(A)(2) Statement In Opposition To Motions For Summary Judgment And Disputed Issues Of Material Fact |
| 190 | Sealed Document: EXHIBITS A To X And AA To WW Manually Filed To 178 Memorandum Of Law In Opposition | N/A |
| 185 | Statement Of Material Facts Re 158 Amended MOTION For Summary Judgment | Defendants' Reply To Plaintiffs' Local Rule 56(A)2 Statement In Opposition To Motions For Summary Judgment And Disputed Issues Of Material Fact |
| 186 | REPLY to Response to 158 Amended MOTION for Summary Judgment | Reply Memorandum In Support Of Defendants' Motion For Summary Judgment |
| 189 | Second RESPONSE re 158 Amended MOTION for Summary Judgment Surreply | Plaintiffs' Surreply In Opposition To Defendants' Motion For Summary Judgment |
| 191 | Supplemental Memorandum in Support re 158 Amended MOTION for Summary Judgment | Sur-Rebuttal Memorandum In Support Of Defendants' Motion For Summary Judgment |

| Docket Number | ECF Docket Title | Document Title |
|---|---|---|
| 193 | Supplemental Memorandum in Support re 158 Amended MOTION for Summary Judgment | Supplemental Memorandum In Support Of Defendants' Motion For Summary Judgment |
| 194 | REPLY to RESPONSE re 158 Amended MOTION for Summary Judgment | Plaintiffs' Response To Defendants' Supplemental Memorandum In Support Of Defendants' Motion For Summary Judgement |
| 198 | REPLY to Response to 158 Amended MOTION for Summary Judgment | Reply To Plaintiffs' Response To Defendants' Supplemental Memorandum In Support Of Their Motion For Summary Judgment |
| 199 | RESPONSE re 158 Amended MOTION for Summary Judgment | Plaintiffs' Supplemental Memorandum In Response To Defendants' Supplemental Memorandum In Support Of Defendants' Motion For Summary Judgement |
| 200 | NOTICE OF ADDITIONAL AUTHORITY | Notice Of Supplemental Authority In Support Of Defendants' Motion For Summary Judgment |
| 201 | RESPONSE re 200 Notice of Additional Authority | Plaintiffs' Response To Defendants' Notice Of Supplemental Authority In Support Of Their Motion For Summary Judgment And Alternative Request For Supplemental Briefing Schedule |
| 202 | MEMORANDUM of DECISION | Memorandum Of Decision On Defendants' Motion For Summary Judgment |
| 204 | JUDGMENT for the defendants. | Judgment |
| 209 | NOTICE OF APPEAL as to 202 Order on Motion for Summary Judgment, 204 Judgment | Notice Of Appeal |

Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON**

By:    /s/   Nelson G. Wolff
Jerome J. Schlichter, phv 01476
Nelson G. Wolff, phv 02448
Jason P. Kelly, phv 02471
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
Phone: (314) 621-6115
Fax: (314) 621-7151
jkelly@uselaws.com

*Lead Counsel for Plaintiffs*

Stuart M. Katz
Federal Bar No. ct12088
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Phone: (203) 368-0211
Fax: (203) 394-9901
E-mail:  skatz@cohenandwolf.com

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

        I hereby certify that on June 15, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

 /s/  Nelson G. Wolff
Nelson G. Wolff, phv 02448
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
Phone: (314) 621-6115
Fax: (314) 621-7151
nwolff@uselaws.com